IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEWEL WIGGINTON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ADVANCE AUTO PARTS, INC. et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00212-GMS<br><br><u>CLASS ACTION</u> |

TEAMSTERS LOCAL 710 PENSION FUND'S MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

| | |
|---|---|
| FRIEDLANDER & GORRIS, P.A.<br>JEFFREY M. GORRIS (Bar No. 5012)<br>CHRISTOPHER P. QUINN (Bar No. 5823)<br>1201 N. Market Street, Suite 2200<br>Wilmington, DE 19801<br>Telephone: 302/573-3500<br>302/573-3501 (fax)<br>jgorris@friedlandergorris.com<br>cquinn@friedlandergorris.com<br><br>Liaison Counsel for Plaintiff | ROBBINS GELLER RUDMAN<br>　& DOWD LLP<br>DANIELLE S. MYERS<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>dmyers@rgrdlaw.com<br><br><br>[Proposed] Lead Counsel for Plaintiff |

**APRIL 9, 2018**

{FG-W0436882.}

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that as soon as this matter may be heard before this Court, Teamsters Local 710 Pension Fund will and hereby does move the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for an order appointing the Pension Fund as lead plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP as lead counsel.[1]  This Motion is made on the grounds that the Pension Fund is the "most adequate plaintiff" to serve as lead plaintiff and is supported by a Memorandum of Law and Affidavit of Christopher P. Quinn, filed concurrently herewith.

DATED:  April 9, 2018            FRIEDLANDER & GORRIS, P.A.
                                 JEFFREY M. GORRIS (Bar No. 5012)
                                 CHRISTOPHER P. QUINN (Bar No. 5823)


                                 */s/ Christopher P. Quinn*
                                 CHRISTOPHER P. QUINN

                                 1201 N. Market Street, Suite 2200
                                 Wilmington, DE  19801
                                 Telephone: 302/573-3500
                                 302/573-3501 (fax)
                                 jgorris@friedlandergorris.com
                                 cquinn@friedlandergorris.com

                                 Liaison Counsel

---

[1] Local Rule 7.1.1 requires "an averment of counsel for the moving party that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion."  Pursuant to Third Circuit authority, defendants lack standing to rebut the PSLRA presumption in a lead plaintiff proceeding. *See In re Cendant Corp. Litig.*, 264 F.3d 201, 268 (3d Cir. 2001) ("only class members may seek to rebut the presumption, and the court should not permit or consider any arguments by defendants or non-class members").  Nonetheless, the undersigned counsel attempted to confer with defendants' counsel and plaintiff's counsel but received no response.  Pursuant to the PSLRA, any putative class member, regardless of whether that class member filed a complaint, may file a motion for appointment as lead plaintiff.  Thus, there is no way for the Pension Fund to know which other entities or persons plan to seek appointment as lead plaintiff until after all the motions have been filed.  Under these narrow circumstances, the Pension Fund respectfully requests that the conferral requirement of D. Del. LR 7.1.1 be waived.

- 1 -

{FG-W0436882.}

- 2 -

>ROBBINS GELLER RUDMAN
>  & DOWD LLP
>DANIELLE S. MYERS
>655 West Broadway, Suite 1900
>San Diego, CA  92101-8498
>Telephone:  619/231-1058
>619/231-7423 (fax)
>dmyers@rgrdlaw.com
>
>[Proposed] Lead Counsel for Plaintiff