IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEWEL WIGGINTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE AUTO PARTS, INC., THOMAS R. GRECO and THOMAS OKRAY,<br><br>Defendants. | C.A. No. 18-212 (MN) |

## ORDER

At Wilmington this 2nd day of November 2018:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The Public Employees' Retirement System of Mississippi's ("Mississippi PERS" or "Lead Plaintiff") Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel is GRANTED.

2. Mississippi PERS is APPOINTED to serve as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3. Mississippi PERS's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class and Rosenthal, Monhait & Goddess, P.A. as Liaison Counsel for the class is APPROVED pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

4. Teamsters Local 710 Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel (D.I. 12) is DENIED.

5.  The Motion of Local 338 RWDSU/UFCW Retirement Fund for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (D.I. 15) is DENIED.

IT IS FURTHER ORDERED that pursuant to the parties' stipulation (D.I. 4), Defendants and Lead Plaintiff shall, within fourteen (14) days of the date of this Order, submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

_____
The Honorable Maryellen Noreika
United States District Judge