# EXHIBIT A

```
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
----------------------------------X
In Re: Advance Auto Parts, Inc. Securities Litigation     Civil Action No. 1:18-cv-00212-RGA
                                                          AFFIDAVIT OF SERVICE
----------------------------------X
```

PAULINE PURVIS, being duly sworn deposes and says that she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 25th day of January, 2021, at approximately 7:12 p.m., deponent served a true copy of a Subpoena to Testify at a Deposition in a Civil Action with Schedule A upon Michael Keating at 3345 Mountain Hill Drive, Wake Forest, North Carolina 27587-9752 by personally delivering and leaving the same with Michael Keating at that address. A witness Fee of $40.00 was tendered at the time of service.

Michael Keating is a white male, approximately 45 years of age, stands approximately 5 feet, 10 inches tall, weighs approximately 150 pounds with balding gray hair. He was wearing glasses at the time of service.

STATE OF NORTH CAROLINA )
                         s.s.:
COUNTY OF WAKE          )

Subscribed & sworn to (or affirmed) Before me this 28TH day of January, 2021, by PAULINE PURVIS, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
PAULINE PURVIS

_____
NOTARY PUBLIC

[Notary seal: RONALD H. SHERRON, NOTARY PUBLIC, WAKE COUNTY, NC, My Commission Expires April 10, 2023]