IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADVANCE AUTO PARTS, INC. SECURITIES LITIGATION | Case No. 18-CV-00212-RTD-SRF <br><br> CLASS ACTION |

**CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT**

Court-appointed Class Representative the Public Employees' Retirement System of Mississippi ("Class Representative") respectfully moves this Court for the entry of an Order: (i) granting preliminary approval of the proposed settlement ("Settlement") set forth in the Stipulation and Agreement of Settlement dated December 23, 2021 ("Stipulation"); (ii) approving the form and manner of providing notice of the Settlement to the Class; (iii) setting a hearing date to consider final approval of the Settlement, approval of the plan of allocation, Class Counsel's request for an award of attorneys' fees and expenses, and Class Representative's request for reimbursement of costs and expenses in connection with their representation of the Class; and (iv) setting a schedule for various deadlines in connection with the Settlement.

The reasons for this motion are set forth in the accompanying brief, the Stipulation and the exhibits attached thereto. A proposed form of Order is attached hereto as Exhibit A.

Date: December 23, 2021

Respectfully submitted,

/s/ Sharan Nirmul
Sharan Nirmul (#4589)
Jamie M. McCall
Jonathan F. Neumann
Austin W. Manning
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087

/s/ P. Bradford deLeeuw
P. Bradford deLeeuw (#3569)
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, Delaware 19807
(302) 274-2180
brad@deleeuwlaw.com

*Liaison Counsel for the Class*

(610) 667-7706
snirmul@ktmc.com
jmccall@ktmc.com
jneumann@ktmc.com
amanning@ktmc.com

-and-

Stacey M. Kaplan
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, California 94104
(415) 400-3000
skaplan@ktmc.com

*Class Counsel for Class Representative the Public Employees' Retirement System of Mississippi and the Class*


Blake A. Tyler
**GADOW TYLER, PLLC**
511 E. Pearl Street
Jackson, Mississippi 39201
(601) 355-0654
blake@gadowtyler.com

*Additional Counsel for Class Representative the Public Employees' Retirement System of Mississippi*