**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE ADVANCE AUTO PARTS, INC., SECURITIES LITIGATION | Case No. 1:18-cv-00212-RTD-SRF <br><br> <u>CLASS ACTION</u> |

**CLASS REPRESENTATIVE'S MOTION FOR FINAL APPROVAL
<u>OF SETTLEMENT AND PLAN OF ALLOCATION</u>**

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated January 11, 2022 (D.I. 356), and upon (i) the Declaration of Sharan Nirmul in Support of (A) Class Representative's Motion for Final Approval of Settlement and Plan of Allocation; and (B) Class Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses (and exhibits thereto); (ii) the Brief in Support of Class Representative's Motion for Final Approval of Settlement and Plan of Allocation; and (iii) all other papers and proceedings herein, Class Representative the Public Employees' Retirement System of Mississippi ("Class Representative"), on behalf of itself and the Court-certified Class, will and hereby does move this Court, before the Honorable Robert T. Dawson, on June 13, 2022, at 10:00 a.m. at the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King St., Wilmington, DE, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

A proposed Judgment and Order granting the requested relief will be submitted with Class Representative's reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

| | |
|---|---|
| Dated: May 9, 2022 | Respectfully submitted, |
| | |
| */s/ Sharan Nirmul* | */s/ P. Bradford deLeeuw* |
| Sharan Nirmul (#4589) | P. Bradford deLeeuw (#3569) |
| Jamie M. McCall | **DELEEUW LAW LLC** |
| Jonathan F. Neumann | 1301 Walnut Green Road |
| Austin W. Manning | Wilmington, Delaware 19807 |
| **KESSLER TOPAZ** | (302) 274-2180 |
| **  MELTZER & CHECK, LLP** | brad@deleeuwlaw.com |
| 280 King of Prussia Road | |
| Radnor, Pennsylvania 19087 | *Liaison Counsel for the Class* |
| (610) 667-7706 | |
| snirmul@ktmc.com | |
| jmccall@ktmc.com | |
| jneumann@ktmc.com | |
| amanning@ktmc.com | |

-and-

Stacey M. Kaplan
**KESSLER TOPAZ**
**  MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, California 94104
(415) 400-3000
skaplan@ktmc.com

*Class Counsel for Class Representative the Public Employees' Retirement System of Mississippi and the Class*


Blake A. Tyler
**GADOW TYLER, PLLC**
511 E. Pearl Street
Jackson, Mississippi 39201
(601) 355-0654
blake@gadowtyler.com

*Additional Counsel for Class Representative the Public Employees' Retirement System of Mississippi*

2